# Bell. v. The State.

APPEAL from Marshall Circuit Court.
Tried before the Hon. J. A. BILBRO.

No counsel marked as appearing for the appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for murder, was convicted of manslaughter in the second degree, and sentenced to the penitentiary for three years. Upon this appeal there was no question legally reserved for the consideration of the court, and the appeal is dismissed.

Opinion by HEAD, J.

# Thomas v. The State.

APPEAL from Tuscaloosa Law and Equity Court.
Tried before the Hon. J. J. MAYFIELD.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for carrying a pistol concealed about his person. The judgment of conviction was reversed and the cause remanded.

Opinion by McCLELLAN, J.